UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-CV-23176-CIV-COOKE/DAMIAN

RONALD SATISH EMRIT,

    Plaintiff,

vs.

MIAMI POLICE DEPARTMENT,

    Defendant.
_____/

**ORDER ON PLAINTIFF'S MOTION
FOR LEAVE TO APPEAL *IN FORMA PAUPERIS***

THIS CAUSE is before the Court upon *pro se* Plaintiff, Ronald Satish Emrit's ("Plaintiff"), Motion for Leave to Appeal *in forma pauperis* [ECF No. 13] (the "Motion").

The undersigned has reviewed the Motion and the pertinent portions of the record, and being otherwise fully advised in the premises, finds that the Motion should be denied for the reasons set forth below.

**I. BACKGROUND**

On September 1, 2021, Plaintiff filed a *pro se* Complaint under the Civil Rights Act, 42 U.S.C. § 1983, seeking injunctive relief and $80,000 in damages. [ECF No. 1]. That same day, Plaintiff filed a Motion for Leave to Proceed *in forma pauperis*. [ECF No. 3]. On October 12, 2021, Judge Marcia Cooke entered an Order Striking the Complaint and denying the Motion for Leave to Proceed *in forma pauperis* as moot. [ECF No. 4]. On January 6, 2021, Plaintiff filed three motions: a Motion to Vacate Judgment [ECF No. 6], a Motion to Reopen the Case [ECF No. 7], and a Motion in Limine/Notice of Filing [ECF No. 8]. Judge Cooke

denied all three motions on the grounds Plaintiff provided no valid basis to vacate the judgement or reopen the case. [ECF No. 9]. On March 1, 2022, Plaintiff filed a Notice of Appeal [ECF No. 10] and, on March 10, 2022, filed the Motion at issue. [ECF No 13].

## II.  APPLICABLE LEGAL STANDARDS

Pursuant to 28 U.S.C. § 1914(a), "parties instituting a civil action, suit or proceeding in [a district] court, whether by original process, removal or otherwise" are required to "pay a filing fee of $[505.00].[1]" However, courts may permit parties to proceed *in forma pauperis* to initiate a civil action "without prepayment of fees or security therefor." 28 U.S.C. § 1915(a)(1). "There is no absolute right to be allowed to proceed *in forma pauperis* in civil matters; rather it is a privilege extended to those unable to pay filing fees when the action is not frivolous or malicious." *Startti v. United States*, 415 F.2d 1115, 1116 (5th Cir. 1969) (citing 28 U.S.C. § 1915).[2] The statute "is designed to ensure that indigent litigants have meaningful access to the federal courts." *Neitzke v. Willliams*, 490 U.S. 319, 324 (1989) (citing *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 342–43 (1948)).

Rule 24 of the Federal Rules of Appellate Procedure provides that a party filing a motion in the district court seeking to appeal *in forma pauperis* must attach an affidavit to the motion that shows the party's inability to pay, claims an entitlement to redress, and states the issues that the party intends to present on appeal. Fed. R. App. P. 24(a)(1).

---

[1] The $505.00 is the amount required to file a Notice of Appeal in the District Court.
[2] In *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc), the Eleventh Circuit adopted as binding precedent all decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

### III. DISCUSSION

With the foregoing in mind, the undersigned turns to Plaintiff's request for leave to appeal *in forma pauperis*. As a threshold matter, Plaintiff did not follow the requirements of Rule 24 of the Federal Rules of Appellate Procedure. While Plaintiff's Motion does contain an affidavit that shows his inability to pay, it does not "claim[] an entitlement to redress" and "state[] the issues that the party intends to present on appeal." Fed. R. App. P. 24(a)(1)(B)-(C) (alterations added). For this reason, Plaintiff's Motion must be denied.

### IV. CONCLUSION

For all the reasons set forth above, the undersigned finds that Plaintiff's Motion must be denied because it does not satisfy the requirements of Rule 24(a)(1) of the Federal Rules of Appellate Procedure.

Accordingly, it is hereby

**ORDERED** and **ADJUDGED** that Plaintiff's Motion for Leave to Appeal *in Forma Pauperis* [ECF No. 13] is **DENIED**.

**DONE and ORDERED** in Chambers at Miami, Florida, this 22nd day of March 2022.

_____
MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE

cc: Marcia G. Cooke, District Judge

Ronald Satish Emrit, *pro se* (via U.S. mail)
6655 38th Lane East
Sarasota, FL 34243